U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

APR - 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:05 CR 20136-002 |
| VS. | : | JUDGE MINALDI |
| BERNIE CHRISTOPHER RAMIREZ | : | MAGISTRATE JUDGE WILSON |

## MEMORANDUM RULING

Presently before the court are the defendant's objections to the Presentence Report ("PSR") prepared by the Probation Department.

The defendant objects to relevant conduct included in ¶¶ 8, 9 and 10 of the PSR. The defendant is arguing that the use of relevant conduct enhances his sentence on the basis of facts that he has not admitted nor found by a reasonable jury. *United States v. Booker*, 543 U.S. __, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) does not abolish relevant conduct under the now advisory Guidelines. An evidentiary hearing will be held to determine the quantity of drugs involved.

Objections numbered 2, 8, and 9 concern the disparity in sentencing between cocaine base and cocaine. The defendant claims that this disparity violates the equal protection clause of the 14th Amendment. The Fifth Circuit has previously rejected equal protection, Eighth Amendment, and due process challenges to these disparate sentencing provisions. *See U.S. v. Pigott*, 2002 WL 31689266, *1 (C.A.5 (La. (C.A.5 (La.),2002); *United States v. Wilson*, 105 F.3d 219, 222 (5th Cir.1997). The court held that absent an overriding Supreme Court decision, a change in statutory law, or an en banc decision by the Fifth Circuit court, the court is bound by prior precedent. *See*

*United States v. Zuniga-Salinas,* 952 F.2d 876, 877 (5th Cir.1992)(en banc). These objections are overruled.

The defendant asserts that his base offense level should change. This will be determined after the evidentiary hearing.

Ramirez states that the criminal conviction referenced in ¶ 28 did not occur. The court records from Travis County, Texas support this conviction. No changes in the criminal history score are warranted.

The court notes the defendant's request for substance abuse treatment.

Lake Charles, Louisiana, this 27 day of September, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 9-28-06
BY: PB
TO: J Clemons
Casanave
Orig to USP

2